rari denied. Reported below: No. 80–6324, 599 S. W. 2d 824; No. 80–6367, 221 Va. 532, 273 S. E. 2d 48.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 80–950. NICOLADZE *v.* UNITED STATES, 450 U. S. 995;

No. 80–1162. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* HANSEN, 450 U. S. 785;

No. 80–1316. BAUER *v.* UNITED STATES ET AL., 450 U. S. 1031;

No. 80–5572. DOUTHIT *v.* ESTELLE, CORRECTIONS DIRECTOR, 449 U. S. 1064;

No. 80–6195. HORNICK *v.* NOYES ET AL., 450 U. S. 1044; and

No. 80–6352. IN RE PIATT, *ante,* p. 905. Petitions for rehearing denied.

No. 80–6274. WILLIAMS *v.* ARKANSAS PUBLIC SERVICE COMMISSION, *ante,* p. 920. Petition for rehearing denied. JUSTICE STEWART took no part in the consideration or decision of this petition.